AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
### for the
### Northern District of Florida

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| | ) | Case No. |
| JACQUELINE DIANNE WALLACE | ) | 5:25-mj-19-MJF |
| | ) | |
| | ) | |
| | ) | |

*Defendant(s)*

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____ 1/12/2024 and 8/20/2024 _____ in the county of _____ Bay _____ in the _____ Northern _____ District of _____ Florida _____ , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 1015(f) | Naturalization, citizenship or alien registry |

This criminal complaint is based on these facts:

See attached affidavit of Homeland Security Special Agent Stephen O'Brien, which is incorporated herein by reference

☑ Continued on the attached sheet.

STEPHEN L OBRIEN
Digitally signed by STEPHEN L OBRIEN
Date: 2025.05.01 11:43:01 -05'00'

*Complainant's signature*

Stephen O'Brien, HSI SA

*Printed name and title*

Attested to by the complainant in accordance with the requirements of Fed. R. Crim P. 4.1 by reliable electronic means following e-mail submission.

Date: _____ 05/01/2025 _____

*Judge's signature*

City and state: _____ Tallahassee, Florida _____

Martin A. Fitzpatrick, U.S. Magistrate Judge

*Printed name and title*

RCV'D USDC FLND TL
MAY 1 '25 PM3:43