# UNITED STATES DISTRICT COURT
## Criminal Minutes - General

**Case #: 5:25mj19-MJF** **Date: May 2, 2025**

---

**DOCKET ENTRY: Detention Hearing Held** **1:17 - 1:44 pm**

**Defendant released on order setting conditions of release**

---

**PRESENT: MARTIN A. FITZPATRICK, United States Magistrate Judge**

| Angie Maxwell | Danielle Wright | DCR-TLH | Eric Welch |
|---|---|---|---|
| Deputy Clerk | USPO | Court Reporter | Asst US Attorney |

**U.S.A. v. (Defendant Listed Below)** **Attorney For Defendant**

**JACQUELINE DIANNE WALLACE** **Janese Caruthers**

_X_ Present _X_ Custody __O/R _X_ Apptd __Retained _X_ Present

---

**PROCEEDINGS:**

1:17 Detention Hearing Held
Proffer by Government
1:22 Proffer by Defense
Defense exhibits 1-2, marked, ID, admitted
1:27 Court inquires of Government
1:28 Court addresses Defendant
1:31 Proffer by Government
1:32 Court in recess
1:35 Court in session
Court ruling: Defendant released on order setting conditions of release. Court reviews conditions with parties and Defendant.
1:44 Court adjourned