# 2025 FLORIDA LIMITED LIABILITY COMPANY ANNUAL REPORT

**FILED**
**Apr 28, 2025**
**Secretary of State**
**5798836136CC**

DOCUMENT# L23000003509

**Entity Name:** JACKIE EDUCARE SPACE LLC

**Current Principal Place of Business:**

2201 THOMAS DRIVE
1-203
PANAMA CITY, FL 32408

**Current Mailing Address:**

2201 THOMAS DRIVE
1-203
PANAMA CITY, FL 32408 US

**FEI Number: 36-5039929**

**Certificate of Status Desired:** No

**Name and Address of Current Registered Agent:**

WALLACE, JACQUELINE D MS
2201 THOMAS DRIVE
1-203
PANAMA CITY, FL 32408 US

*The above named entity submits this statement for the purpose of changing its registered office or registered agent, or both, in the State of Florida.*

SIGNATURE: ______________________________

Electronic Signature of Registered Agent — Date

**Authorized Person(s) Detail :**

| | |
|---|---|
| Title | MGR |
| Name | WALLACE, JACQUELINE D MS |
| Address | 2201 THOMAS DRIVE APT 1-203 |
| City-State-Zip: | PANAMA CITY FL 32408 |

DEFENDANT'S EXHIBIT
1
5:25mj19

*I hereby certify that the information indicated on this report or supplemental report is true and accurate and that my electronic signature shall have the same legal effect as if made under oath; that I am a managing member or manager of the limited liability company or the receiver or trustee empowered to execute this report as required by Chapter 605, Florida Statutes; and that my name appears above, or on an attachment with all other like empowered.*

SIGNATURE: JACQUELINE WALLACE — OWNER — 04/28/2025

Electronic Signature of Signing Authorized Person(s) Detail — Date

Sunbiz.org DIVISION of CORPORATIONS an official State of Florida website

Department of State / Division of Corporations / Search Records / Search by Entity Name /

# Detail by Entity Name

Florida Limited Liability Company
JACKIE EDUCARE SPACE LLC

**Filing Information**

| | |
|---|---|
| **Document Number** | L23000003509 |
| **FEI/EIN Number** | 36-5039929 |
| **Date Filed** | 12/28/2022 |
| **Effective Date** | 01/02/2023 |
| **State** | FL |
| **Status** | ACTIVE |

**Principal Address**

2201 THOMAS DRIVE
1-203
PANAMA CITY, FL 32408

**Mailing Address**

2201 THOMAS DRIVE
1-203
PANAMA CITY, FL 32408

**Registered Agent Name & Address**

WALLACE, JACQUELINE D, MS
2201 THOMAS DRIVE
1-203
PANAMA CITY, FL 32408

**Authorized Person(s) Detail**

**Name & Address**

Title MGR

WALLACE, JACQUELINE D, MS
2201 THOMAS DRIVE APT 1-203
PANAMA CITY, FL 32408

**Annual Reports**

| Report Year | Filed Date |
|---|---|
| 2024 | 03/26/2024 |
| 2025 | 04/28/2025 |

**Document Images**

| | |
|---|---|
| 04/28/2025 -- ANNUAL REPORT | View image in PDF format |
| 03/26/2024 -- ANNUAL REPORT | View image in PDF format |
| 12/28/2022 -- Florida Limited Liability | View image in PDF format |

Florida Department of State, Division of Corporations