| 2024 - 2025 College Calendar | Fall 2024 (202408) Session A 8/19 - 12/13 | Session B 8/19 - 10/11 | Session C 10/14 - 12/13 | Spring 2025 (202501) Session A 1/6 - 5/2 | Session B 1/6 - 2/28 | Session C 3/3 - 5/2 | Summer 2025 (202505) Session A 5/7 - 8/1 | Session B 5/7 - 6/18 | Session C 6/19 - 8/1 | Session E 6/9 - 8/1 |
|---|---|---|---|---|---|---|---|---|---|---|
| First time in college students must attend an orientation session to be eligible for registration. | | | | | | | | | | |
| Early Registration for Students Receiving Veteran Benefits from GCSC | March 29 | March 29 | March 29 | November 1 | November 1 | November 1 | March 28 | March 28 | March 28 | March 28 |
| Open Registration for all campuses (Excludes Sat., Sun., & holidays) See In - service Day below.* | April 1 | April 1 | April 1 | November 4 | November 4 | November 4 | March 31 | March 31 | March 31 | March 31 |
| Web registration will be available when college is closed except for scheduled maintenance windows. | | | | | | | | | | |
| Registration Fees Due | August 9 | August 9 | (After August 9, fees due at point of registration) | January 3 | January 3 | (After January 3, fees due at point of registration) | May 6 | May 6 | (After May 6, fees due at point of registration) | (After May 6, fees due at point of registration) |
| Classes Begin | August 19 | August 19 | October 14 | January 6 | January 6 | March 3 | May 7 | May 7 | June 19 | June 9 |
| State Employee Fee Waiver Registration | August 19 - 23 | August 19 - 23 | October 14 - 15 | January 6 - 10 | January 6 - 10 | March 3 - 4 | May 7 - 8 | May 7 - 8 | June 19 - 23 | June 9 - 11 |
| Drop/Add | August 19 - 23 | August 19 - 23 | October 14 - 15 | January 6 - 10 | January 6 - 10 | March 3 - 4 | May 7 - 8 | May 7 - 8 | June 19 - 23 | June 9 - 11 |
| Last day to submit residency fee waiver documentation (by 4:00 p.m.) | August 23 | August 23 | October 15 | January 10 | January 10 | March 4 | May 8 | May 8 | June 23 | June 11 |
| Last day to cancel registration/drop courses and receive a refund (by 11:59 p.m.) | August 23 | August 23 | October 15 | January 10 | January 10 | March 4 | May 8 | May 8 | June 23 | June 11 |
| Last day to change major and credit to audit | August 23 | August 23 | October 15 | January 10 | January 10 | March 4 | May 8 | May 8 | June 23 | June 11 |
| Midterm | October 11 | September 16 | November 12 | February 28 | January 31 | April 4 | June 18 | May 28 | July 11 | July 3 |
| Student Initiated Withdrawal deadline | October 18 | September 23 | November 19 | March 7 | February 7 | April 11 | June 25 | June 4 | July 18 | July 11 |
| Final Examinations | December 6 - 12 | October 9 - 11 | December 9 - 12 | April 25 - May 1 | February 27 - 28 | April 28 - May 1 | July 30 - 31 | June 17 - 18 | July 30 - 31 | July 30 - 31 |
| Term Ends | December 13 | October 11 | December 13 | May 2 | February 28 | May 2 | August 1 | June 18 | August 1 | August 1 |
| Grades available via Banner | December 17 | October 15 | December 17 | May 6 | March 4 | May 6 | August 5 | June 20 | August 5 | August 5 |
| Graduation Application deadline | September 30 | September 30 | September 30 | February 17 | February 17 | February 17 | June 2 | June 2 | June 2 | June 2 |
| In order for summer graduates to participate in the spring ceremony, they must submit their summer graduation application prior to the spring application deadline. No exceptions. | | | | | | | | | | |
| Honors Convocation | - - | - - | - - | April 25 | - - | - - | | | | |
| Commencement | - - | - - | - - | May 2 | - - | - - | | | | |
| **College Closed for all students** | | | | | | | | | | |
| *In-Service Day | August 14 | | | January 21 | | | | | | |
| Student Holidays - Classes will not be held on these days | August 31 - September 2 | | | January 2 - 3 | | | May 24 - 26 | | | |
| | November 11 | | | January 18 - 21 * | | | July 4 - 6 | | | |
| | November 27 - December 1 | | | March 15 - 21 | | | | | | |
| | December 16 - January 1 | | | | | | | | | |
| Faculty - Christmas Break / New Year | December 16 - January 1 | | | | | | | | | |
| **College closed for all students and employees** | | | | | | | | | | |
| Memorial Day | | | | | | | May 24 - 26 | | | |
| Independence Day | | | | | | | July 4 - 6 | | | |
| Labor Day | August 31 - September 2 | | | | | | | | | |
| Veteran's Day | November 11 | | | | | | | | | |
| Thanksgiving Holidays | November 28 - December 1 | | | | | | | | | |
| Christmas Break / New Year's Holiday | December 23 - January 1 | | | | | | | | | |
| Martin Luther King, Jr. Day | | | | January 18 - 20 | | | | | | |
| Spring Break | | | | March 15 - 21 | | | | | | |

*Gulf Coast State College reserves the right to change the college calendar, or to make other changes deemed necessary, giving advance notice of change when possible.*

DEFENDANT'S EXHIBIT 2

5:25mj14

Revised 06/25/2024