# IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF FLORIDA
## PANAMA CITY DIVISION

UNITED STATES OF AMERICA

v.

**INDICTMENT**

JACQUELINE WALLACE

_5:25cr20- mω/mℑF_

_____/

THE GRAND JURY CHARGES:

### COUNT ONE

On or about January 12, 2024, in the Northern District of Florida, the

defendant,

### JACQUELINE WALLACE,

an alien, did knowingly make a false statement and claim that she was a citizen of

the United States, in order to register to vote and to vote in any Federal, State and

local election.

In violation of Title 18, United States Code, Section 1015(f).

### COUNT TWO

Between on or about July 29, 2024, and August 20, 2024, in the Northern

District of Florida, the defendant,

FILED USDC FLND PN
MAY 20 '25 PM2:46

Returned in open court pursuant to Rule 6(r

**5/20/25**
Date

**SBL**

United States Magistrate Judge

**JACQUELINE WALLACE,**

an alien, knowing she was not a United States citizen, did knowingly vote in an election held in part for the purpose of electing a candidate for the office of President, Vice President, Presidential Elector, Member of the Senate, and Member of the House of Representatives.

In violation of Title 18, United States Code, Section 611(a).

A TRUE BILL:

_____
FOREPERSON

_____5/20/25_____
DATE

_____
MICHELLE SPAVEN
Acting United States Attorney

_____
ERIC W. WELCH
Assistant United States Attorney

2