IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

UNITED STATES OF AMERICA

v.                                                        CASE NO. 5:25-cr-20-MW/MJF

JACQUELINE WALLACE

_____/

### STATEMENT OF FACTS

The Defendant agrees to the following facts and admits that, if this case were to proceed to trial, the Government could prove them beyond a reasonable doubt.

The Defendant is a Jamaican national who entered the United States in December 2010 on a six-month B2 tourist visa. The Defendant's B2 visa expired on June 3, 2011. She has not had lawful status in the United States since that date. The Defendant is not and has never been a United States citizen.

On January 12, 2024, the Defendant registered to vote using Florida's online voter registration system. The Defendant requested a mail-in ballot on July 29, 2024, which was mailed to her address in Panama City, Florida. The Defendant then completed her ballot and submitted it by mail. The Defendant's handwritten name and address appear on the front of the envelope containing her ballot, and her handwritten signature, phone number, email address, and the date appear on the back of the envelope. The Defendant's ballot was received by the Bay County Supervisor

FILED IN OPEN COURT THIS

April 1, 2026  _____

CLERK, U.S. DISTRICT
COURT, NORTH. DIST. FLA.

of Elections on August 12, 2024, and her vote in the Presidential Primary election was registered and cast on August 20, 2024.

At the time she registered to vote and submitted her mail-in ballot, the Defendant knew she was not a United States citizen.

## ELEMENTS

**Count Two: Voting by Aliens**
- (1)    The Defendant was an alien;
- (2)    While the Defendant was an alien, the Defendant voted in an election held solely or in part for the purpose of electing a candidate for the office of President, Vice President, Presidential elector, Member of the Senate, or Member of the House of Representatives; and
- (3)    The election was not held for some other purpose for which the alien was authorized to vote under State or local law.

JOHN P. HEEKIN
United States Attorney

_____
RICHARD SMITH
Attorney for Defendant

_____
JACQUELINE WALLACE
Defendant

4/1/26
_____
Date

_____
ERIC W. WELCH
Assistant United States Attorney

4/1/2026
_____
Date

2