# United States District Court

## CRIMINAL MINUTES - SENTENCING

Case No.  5:25cr20-MW                              Time Commenced: 11:08 a.m.
Date   June 11, 2026                                Time Concluded:   11:32 a.m.

PROCEEDINGS: Sentencing Hearing Held.  Defendant sworn.  Defendant sentenced to credit for Time Served.  1 year of supervised release.  SMA $25.  No Fine.

PRESENT:    HONORABLE CHIEF JUDGE **MARK E. WALKER** Presiding

| Victoria Milton McGee | Laura Laird | Megan Hague | Eric Welch | |
|---|---|---|---|---|
| Deputy Clerk | USPO | Court Reporter | Asst. US Attorney | Interpreter |

U.S.A v                                          ATTORNEYS FOR DEFENDANT

(1) JACQUELINE DIANNE WALLACE            Richard Smith
☒ present   ☐ custody  ☒ on release        ☒ present   ☐ appointed  ☒ retained

☒       DFT has read the PSR report and has discussed it with attorney.

☒       Objections were made to the PSR.

☐       Notice of Enhancement filed     ☐  Court Question defendant about prior conviction

☒       DEFENDANT ADJUDICATED GUILTY OF COUNT(S): 2; SENTENCE IMPOSED:

☒       REMANDED to custody of Bureau of Prisons:
        on count(s)     2  imprisonment for a term of underlined credit for Time Served
                        ___  imprisonment for a term of __ months
        with sentences to run ☐ concurrently or  ☐ consecutively

☒       S/R or PROBATION:
☒       Supervised Release upon completion of term of imprisonment for a period of   1 year.
        ☐  Probation for a period of ____ years.
        ☐  Home Detention of _____ months with Electronic Monitoring

☒       FINE PAYMENT: ☒  Fine waived;  ☐ Fine of $____;  ☒  SMA OF $ 25.00 due immediately

☐       RESTITUTION:  Dft is liable for restitution of:
        $   made payable to
        ☐  DFT is jointly and severally liable for restitution with:

☒       FORFEITURE: ☒     No forfeiture order  ☐   DFT. to forfeit assets identified in the order

☐     CUSTODY STATUS:

     ☐    DFT committed to the custody of the U.S. Department of Justice.

     ☐    DFT to designated institution at his/her own expense no later than _ on.

☐     ADDITIONAL RECOMMENDATION:

     ☐    Substance Abuse Treatment while in the custody of BOP

     ☐    Designation near

☐     SPECIAL CONDITIONS OR MODIFICATIONS (as outlined in PSR):

☐     DFT shall cooperate with the US Probation Officer and the DHS regarding Immigration status

☐     DFT shall not own or possess a firearm, dangerous weapon or destructive device.

☐     DFT shall submit to: ☐ testing for the use of drugs or alcohol;

     ☐    Substance abuse treatment as may be directed by US Probation Officer.

     ☐    Mental Health treatment if deemed necessary by the Probation Officer.

☐     DFT shall provide requested financial information to the U.S. Probation Officer.

☐     DFT shall make any unpaid restitution on a payment schedule to be determined by US Probation.

☐     DFT shall notify the probation officer ten days prior to any change of residence or employment.

☐     DFT shall cooperate with the US Probation Officer and/or the appropriate state agency in the establishment and enforcement of child support payments.

☐     ADDITIONAL TERMS:  As ordered in the judgment

☒     Remaining count(s) 1 is dismissed on government motion.

☐     Court informs Dft of right to appeal.

     ☐    Dft request that the Clerk of Court file a notice of Appeal on his/her behalf.

PROCEEDINGS:

11:08   Court in session
        Court addresses parties
11:09   Defendant sworn
        Court addresses Defendant
11:10   Court reviews objections to PSR
11:11   Court reviews sentencing guidelines
        Court reviews record
11:12   Statement by Defense (Smith)
11:16   Statement by Defendant (Wallace)
11:20   Statement by the Government (Welch)
11:22   Statement by Defense (Smith)
        Court states sentence that will be imposed with reasoning
11:28   Ruling by Court: Defendant sentenced to credit for Time Served.  1 year of supervised release. SMA $25.  No Fine.
11:32   Court adjourned

Initials of Deputy Clerk: VMM